DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILBERT HOLLINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2525

[October 12, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case No. 50-1989-CF-008105-AXXX-MB.

Wilbert E. Hollins, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER, and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***